FILED ORIGINAL

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

EDWARDS WILDMAN PALMER LLP   (310) 860-8700
Dominique R. Shelton (SBN 157710)
dshelton@edwardswildman.com
Erin L. Pfaff (SBN 259349)
epfaff@edwardswildman.com
9665 Wilshire Blvd., Suite 200, Beverly Hills, CA 90212

ATTORNEYS FOR: Plaintiffs, eDrop-Off Chicago and Corri McFadden

2012 MAY 10 PM 3:49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EDROP-OFF CHICAGO LLC and CORRI MCFADDEN

Plaintiff(s),

v.

NANCY R. BURKE, MIDLEY, INC. dba PURSEBLOG.COM, and DOES 1-10 inclusive

Defendant(s)

CASE NUMBER:

**CV12 04095 GW FMOx**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for EDROP-OFF CHICAGO LLC and CORRI MCFADDEN
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                    **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

EDROP-OFF CHICAGO LLC and CORRI MCFADDEN          Plaintiffs

May 10, 2012
Date

Sign

Dominique R. Shelton
Attorney of record for or party appearing in pro per
Plaintiffs eDrop-Off Chicago LLC and Corri McFadden

