**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
Wendy Mantell (SBN 225544)
Lori Chang (SBN 228142)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: ballon@gtlaw.com,
mantellw@gtlaw.com,
changl@gtlaw.com

Attorneys for defendant, Midley, Inc.
d/b/a Purseblog.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDROP-OFF CHICAGO LLC and CORRI MCFADDEN<br><br>Plaintiffs,<br><br>vs.<br><br>NANCY R. BURKE, MIDLEY, INC. dba PURSEBLOG.COM, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV12 04095-GW FMOx<br><br>**DECLARATION OF LORI CHANG IN SUPPORT OF OPPOSITION BY DEFENDANT MIDLEY, INC., d/b/a PURSEBLOG.COM TO PLAINTIFFS' *EX PARTE* MOTION FOR VOLUNTARY DISMISSAL** |

DECLARATION OF LORI CHANG

# DECLARATION OF LORI CHANG

I, Lori Chang, declare:

1. I am an attorney duly licensed to practice law by the State of California and before this Court, and am an associate in the law firm of Greenberg Traurig, LLP, counsel of record for defendant Midley, Inc. d/b/a Purseblog.com in this action and in the action filed by plaintiffs on May 11, 2012 in the U.S. District Court for the Northern District of Illinois, Case No. 1:12-cv-03632 (the "Illinois action").

2. Attached as Exhibit 1 is a true and correct copy of an email sent on May 11, 2012 from I. Ballon, counsel for Purseblog, to D. Shelton, counsel for plaintiffs.

3. Attached as Exhibit 2 is a true and correct copy of plaintiffs' complaint filed in the Illinois action.

4. Attached as Exhibit 3 are true and correct copies of plaintiffs' notice of motion and motion for a temporary restraining order, and memorandum, filed in the Illinois action on May 11, 2012.

5. Attached as Exhibit 4 is a true and correct copy of an email trail exchanged between counsel on May 12 and 13, 2012.

6. Attached as Exhibit 5 is a true and correct copy of the Declaration of V. Dusil filed in the Illinois action.

7. In multiple communications with Dominique Shelton, counsel for plaintiffs, that occurred between May 11 and May 13, 2012, counsel for Purseblog advised that in order to facilitate settlement discussions, plaintiffs should postpone the hearing in Illinois (noticed for Tuesday, May 15, 2012, at 9:30 a.m.) on their emergency motion for a TRO, and the subsequently noticed ex parte hearing for the same date and time in the California action, in order to allow Purseblog to focus its energy and fees on reaching a quick resolution rather than be forced to incur unnecessary fees to defend against frivolous claims preempted by the CDA and barred by the anti-SLAPP statute. Moreover, counsel for Purseblog made clear that while it was not ending settlement discussions, it was required to spend its efforts on opposing dual ex parte motions filed by plaintiffs and

1 | calendared for the same date and time in different cities, who refused to postpone either
2 | hearing date.

5 |      I declare under penalty of perjury under the laws of the United States of America
6 | that the foregoing is true and correct and that this Declaration was executed this 15th day
7 | of May, 2012 at Los Angeles, California.

                    /s/ Lori Chang
                    LORI CHANG