Dominique R. Shelton (SBN 157710)
Erin L. Pfaff (SBN 259349)
EDWARDS WILDMAN PALMER LLP
9665 Wilshire Blvd., Suite 200
Beverly Hills, CA. 90212
Telephone:  (310) 860-8705
Facsimile:    (310) 860-3800
dshelton@edwardswildman.com
epfaff@edwardswildman.com

Attorneys for Plaintiffs,
EDROP-OFF CHICAGO LLC and
CORRI MCFADDEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDROP-OFF CHICAGO LLC and CORRI MCFADDEN<br><br>Plaintiffs,<br><br>v.<br><br>NANCY R. BURKE, MIDLEY, INC. d/b/a PURSEBLOG.COM, and DOES 1-10 inclusive<br><br>Defendant. | Case No. 2:12-cv-04095<br><br>Honorable George H. Wu<br><br>**REPLY BY PLAINTIFFS EDROP-OFF CHICAGO LLC & CORRI MCFADDEN *IN SUPPORT* OF EX PARTE APPLICATION FOR VOLUNTARY DISMISSAL OF PURSEBLOG.COM**<br><br>Action Filed:    May 10, 2012 |

## I. INTRODUCTION

Plaintiffs are seeking an Order of this Court to voluntarily dismiss Defendant Midley, Inc d/b/a PurseBlog.com ("PurseBlog"), so that their action against PurseBlog and Nancy R. Burke a/k/a BeenBurned ("BeenBurned")—who has already been dismissed from this case—can properly proceed in Illinois, where the Plaintiffs are domiciled. PurseBlog will not be prejudiced if Plaintiffs are permitted to dismiss this action and proceed against them in the United States District Court for the Northern District of Illinois (where a case is currently pending against PurseBlog and BeenBurned) because comparable relief and potential defenses (i.e. anti-SLAPP statute; Communications Decency Act, 47 U.S.C. §230(c)) are available under Illinois law. Moreover, in the interest of preserving judicial and economic resources, Plaintiffs should not be required to litigate two separate cases—based on the same tortious conduct and unlawful acts—in different forums merely because PurseBlog prefers to be before a California court. Jurisdiction and venue are proper in Chicago, Illinois and there is not justifiable reason that Plaintiffs should not be denied the opportunity to pursue her claims against PurseBlog there.

## II. THIS COURT SHOULD ORDER VOLUNTARY DISMISSAL OF DEFENDANT PURSEBLOG, WHO WILL NOT BE PREJUDICED IF PLAINTIFFS ARE PERMITTED TO DISMISS THIS CASE WITHOUT PREJUDICE.

Defendant PurseBlog incorrectly advises this Court that the reason it will be prejudiced by the dismissal of this action in California is that it would enable Plaintiffs to avoid PurseBlog's anti-SLAPP motion. In reality, avoidance of an anti-SLAPP motion was never a consideration, much less intention, in Plaintiffs' determination that venue and jurisdiction is more appropriate in Chicago, Illinois – where Plaintiffs are domiciled, the clickwrap contract by and between McFadden and PurseBlog was entered, and the tortious conduct at issue was unequivocally aimed. Moreover,

comparable relief is available in Chicago under Illinois and Seventh Circuit law. *See* Citizen Participation Act ("CPA"), 735 Ill. Comp. Stat. 110/1 *et seq*. Akin to California's anti-SLAPP statute (*see* Cal. Civ. Proc. Code § 425.16), the CPA enables defendants to file a special motion to strike or motion to dismiss a complaint that defendants believe was improperly filed based on "[a]cts in furtherance of the constitutional rights to petition, speech, association, and participation in government." *Id.* at 732 Ill. Comp. Stat. 110/15. Ultimately, Plaintiffs are fully prepared to defend, and confident that they will succeed, against any anti-SLAPP that PurseBlog should choose to bring regardless of the venue.

### III. CONCLUSION

Accordingly, for the reasons set forth above, and in Plaintiffs' moving and supplemental papers, Plaintiffs respectfully request that this Court order the voluntary dismissal of Defendant PurseBlog without prejudice.

Dated:  May 15, 2012

EDWARDS WILDMAN PALMER LLP

*/s/ Dominique Shelton*

_____
Dominique R. Shelton
Erin L. Pfaff
EDWARDS WILDMAN PALMER LLP