Marcia Hofmann, Esq. (SBN 250087)
marcia@eff.org
Corynne McSherry, Esq. (SBN 221504)
corynne@eff.org
Matthew Zimmerman, Esq. (SBN 212423)
mattz@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Amicus Curiae
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDROP-OFF CHICAGO LLC, et al., | Case No. 2:12-cv-04095-GW-FMOx |
| Plaintiffs, | Application FOR LEAVE TO FILE BRIEF AMICUS CURIAE |
| v. | Date: |
| NANCY R. BURKE, et al. | Time: |
| Defendants. | Courtroom 10, Spring St. |
| | The Honorable George H. Wu |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Amicus Electronic Frontier Foundation ("EFF") hereby moves for leave to file an *amicus curiae* brief supporting the supplemental brief re: prejudice filed by Defendant Midley, Inc., doing business as Purseblog. This motion is supported by the proposed *amicus curiae* brief and the proposed order filed herewith.

The Electronic Frontier Foundation ("EFF") is a non-profit, member-supported digital civil liberties organization. As part of its mission, EFF has served as counsel or *amicus* in key cases addressing user rights to free speech, privacy, and innovation as applied to the Internet and other new technologies. With more than 16,000 dues-paying members, EFF represents the interests of technology users in both court cases and in broader policy debates surrounding the application of law in the digital age, and publishes a comprehensive archive of digital civil liberties information at www.eff.org.

This case raises important questions with implications larger than the immediate dispute between the parties. Specifically, the Court must decide whether the plaintiffs should be allowed to side-step substantive legal protections for free expression in California once they trigger them by choosing to file suit in this state. The answer is no.

In its proposed brief, EFF discusses the context surrounding this dispute, including the fact that California's anti-SLAPP statute (California Code of Civil

Procedure § 425.16) and binding Ninth Circuit precedent interpreting the Communications Decency Act, 47 U.S.C. § 230, offer substantive legal protections unique to California that protect free speech and discourage meritless lawsuits intended to suppress online expression. A decision granting the plaintiffs' request for voluntary dismissal would send a dangerous message to future litigants that, in contravention of clear public policy and law, a plaintiff may avoid the consequences of filing baseless, speech-chilling litigation in California by simply dismissing the suit and re-filing it in a "friendlier" forum when the defendant raises the specter of Section 230 immunity and California's anti-SLAPP law.

If this Court dismisses this case without prejudice to allow the plaintiffs to pursue their claims in federal court in Illinois, Purseblog will be forced to spend more time and money defending this lawsuit despite the fact that binding Ninth Circuit precedent should result in immediate dismissal of the plaintiffs' claims under Section 230. Purseblog will also lose the benefits of the California state anti-SLAPP statute, which is designed precisely to hold plaintiffs accountable when they file improper lawsuits that impact public participation. The loss of these substantive protections will have the perverse effect of encouraging Purseblog and other online services to censor themselves and their users to avoid the expense of having to defend against litigation in the future, even where the plaintiffs have no likelihood of prevailing on the merits.

EFF has discussed this brief with counsel for both the plaintiffs and defendant. Purseblog consents to the filing of this brief. Plaintiffs Corri McFadden and eDrop-Off do not consent to the filing of this brief.

EFF respectfully requests that the Court grant leave to file its brief as *amicus curiae* in support of defendant Purseblog's supplemental brief re: prejudice.

DATED: May 25, 2012

Respectfully submitted,

ELECTRONIC FRONTIER FOUNDATION

Marcia Hofmann, Esq.
Corynne McSherry, Esq.
Matthew Zimmerman, Esq.
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Counsel For Amicus Curiae*
*Electronic Frontier Foundation*