| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Marcia Hofmann, Esq. (SBN 250087)<br>marcia@eff.org<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993 | FILED<br>2012 MAY 25 PM 3:18<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY |

ATTORNEYS FOR: Amicus Curiae Electronic Frontier Foundation

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| eDrop-Off Chicago LLC, et al.<br><br>                                     Plaintiff(s),<br>              v.<br>Nancy R. Burke, et al.<br><br>                                     Defendant(s) | CASE NUMBER:<br>2:12-cv-04095-GW-FMOx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Electronic Frontier Foundation
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

BY FAX

**PARTY**                                            **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Electronic Frontier Foundation                    Amicus Curiae

May 25, 2012                         /s/ Marcia Hofmann
Date                                 Sign

                                          Marcia Hofmann
                                          Attorney of record for or party appearing in pro per