| | |
|---|---|
| 1 | Marcia Hofmann, Esq. (SBN 250087) |
| 2 | marcia@eff.org |
| 3 | Corynne McSherry, Esq. (SBN 221504) |
|   | corynne@eff.org |
| 4 | Matthew Zimmerman, Esq. (SBN 212423) |
| 5 | mattz@eff.org |
|   | ELECTRONIC FRONTIER |
| 6 | FOUNDATION |
| 7 | 454 Shotwell Street |
|   | San Francisco, CA 94110 |
| 8 | Telephone: (415) 436-9333 |
|   | Facsimile: (415) 436-9993 |
| 9 | |
| 10 | Attorneys for Amicus Curiae |
|    | ELECTRONIC FRONTIER |
| 11 | FOUNDATION |

FILED 2012 MAY 25 PM 3:19
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDROP-OFF CHICAGO LLC, *et al.*, | Case No. 2:12-cv-04095-GW-FMOx |
| Plaintiffs, | **NOTICE OF APPEARANCE OF MARCIA HOFMANN** |
| v. | Courtroom: 10 |
| NANCY R. BURKE, *et al.* | Judge: The Hon. George H. Wu |
| Defendants. | |

BY FAX

---

Case No. 2:12-cv-04095-GW-FMOx | NOTICE OF APPEARANCE OF MARCIA HOFMANN

| | |
|---|---|
| 1 | **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS** |
| 2 | **OF RECORD:** |
| 3 | |
| 4 | PLEASE TAKE NOTICE THAT Marcia Hofmann of the Electronic Frontier |
| 5 | Foundation, 454 Shotwell Street, San Francisco, CA 94110, (415) 436-9333, hereby |
| 6 | enters her appearance in the above-captioned matter as counsel on behalf of Amicus |
| 7 | Curiae Electronic Frontier Foundation. |

DATED: May 25, 2012            Respectfully submitted,

ELECTRONIC FRONTIER FOUNDATION

*/s/ Marcia Hofmann*

Marcia Hofmann, Esq.
Corynne McSherry, Esq.
Matthew Zimmerman, Esq.
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Counsel For Amicus Curiae*
*Electronic Frontier Foundation*

---

Case No. 2:12-cv-04095-GW-FMOx | NOTICE OF APPEARANCE OF MARCIA HOFMANN

1