**CALIFORNIA ANTI-SLAPP PROJECT**
Mark Goldowitz (SBN 96418)
2903 Sacramento Street
Berkeley, California 94702
Phone:  (510) 486-9123
Fax:     (510) 486-9708
Email:  mg[at]casp.net

**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
Wendy Mantell (SBN 225544)
Lori Chang (SBN 228142)
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:  ballon@gtlaw.com,
mantellw@gtlaw.com,
changl@gtlaw.com

Attorneys for defendant, Midley, Inc., d/b/a Purseblog.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDROP-OFF CHICAGO LLC and CORRI MCFADDEN<br><br>Plaintiffs,<br><br>vs.<br><br>NANCY R. BURKE, MIDLEY, INC. dba PURSEBLOG.COM, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV12 04095-GW FMOx<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

    PLEASE TAKE NOTICE that Mark Goldowtiz of the California Anti-SLAPP Project, 2903 Sacramento Street, Berkeley, CA, hereby associates as counsel with Greenberg Traurig, LLP, on behalf of defendant Midley, Inc., d/b/a Purseblog.com (Purseblog), in the above-captioned action.  All pleadings and other papers served on Purseblog should also be directed to the attention of Mark Goldowitz at:

    California Anti-SLAPP Project

    2903 Sacramento Street

    Berkeley, CA 94702

    Telephone: (510) 486-9123

    Facsimile:  (510) 486-9708

DATED:  July 7,  2012    CALIFORNIA ANTI-SLAPP PROJECT

By: /s/ Mark Goldowitz
    Mark Goldowitz

Attorneys for Defendant
MIDLEY. INC., dba Purseblog.com

1

NOTICE OF ASSOCIATION OF COUNSEL