**CALIFORNIA ANTI-SLAPP PROJECT**
Mark Goldowitz (SBN 96418)
Paul Clifford (SBN 119015)
2903 Sacramento Street
Berkeley, California 94702
Phone:  (510) 486-9123
Fax:     (510) 486-9708
Email: mg@casp.net, pc@casp.net

**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
Wendy Mantell (SBN 225544)
Lori Chang (SBN 228142)
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:  ballon@gtlaw.com, mantellw@gtlaw.com, changl@gtlaw.com

Attorneys for defendant, Midley, Inc. d/b/a Purseblog.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDROP-OFF CHICAGO LLC and CORRI MCFADDEN<br><br>Plaintiffs,<br><br>vs.<br><br>NANCY R. BURKE, MIDLEY, INC. dba PURSEBLOG.COM, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV12 04095-GW FMOx<br><br>**DECLARATION OF VLADIMIR DUSIL IN SUPPORT OF SPECIAL MOTION TO STRIKE THE PLAINTIFFS' COMPLAINT**<br><br>Date: August 9, 2012<br>Time: 8:30 a.m.<br>Courtroom: 10<br>Judge: Hon. George H. Wu<br><br>Action Filed: May 10, 2012 |

DECLARATION OF VLADIMIR DUSIL

## DECLARATION OF VLADIMIR DUSIL

I, Vladimir Dusil, declare:

1. I am the Chief Operating Officer of Midley, Inc., d/b/a Purseblog.com.

2. Midley, Inc. ("Purseblog") is a Florida corporation with its principal place of business located in Plantation, Florida.

3. Purseblog operates an online blog located at http://forum.purseblog.com (the "Purseblog website") where third-party users may sign up for free and post messages on discussion forums hosted on the site pursuant to the website's terms of service. Purseblog is a blog where users may post comments subject to the blog's terms of service.

4. On May 10, 2012, at 9:17 p.m. EST, I received an email from plaintiffs' counsel advising that plaintiffs filed a complaint against Purseblog and Nancy Burke, and a notice of application and ex parte application for a temporary restraining order. Plaintiffs' counsel further advised in the email that they requested that the court set a hearing on their ex parte application for May 11, 2012 at 8:30 a.m. Attached as Exhibit A is a true and correct copy of this email, excluding attachments.

5. Purseblog did not create or develop, in whole or in part, the forum entries posted on the Purseblog website by BeenBurned, which are alleged in the Complaint in this case to be actionable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 9th day of July, 2012 at New York, New York.

_____
VLADIMIR DUSIL

1
DECLARATION OF VLADIMIR DUSIL