From: **Pfaff, Erin** <EPfaff@edwardswildman.com>
Date: Thu, May 10, 2012 at 9:17 PM
Subject: Notice of Complaint & Ex Parte Application for Temporary Restraining Order
To: "vlad@purseblog.com" <vlad@purseblog.com>
Cc: "Shelton, Dominique" <dshelton@edwardswildman.com>

Dear Mr. Dusil,

We represent eDrop-Off Chicago LLC and Corri McFadden, who filed a Complaint against Midley, Inc., d/b/a PurseBlog.com and Nancy R. Burke (also known as BeenBurned) today in the United States District Court for the Central District of California. Our clients also filed with the Court of Notice of Application and *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (and related documents), requesting that the Court set the hearing date for tomorrow, May 11, 2012 at 8:30 a.m. We have been advised that the Court will let us know when the hearing will actually take place and, as a courtesy, we will promptly notify of the hearing date and time so that you have the opportunity to participate.

Attached please find courtesy copies of all the documents that were filed with, and conformed by, the Court today; formal service of these documents will follow at the company's last known address, which we are in the process of confirming. The Summons for Defendant Midley, Inc. d/b/a PurseBlog.com has been issued but we are awaiting receipt of the conformed copy from the Court, which we will promptly send to you at this email address, so that you have the benefit of reviewing all of the information filed with the Court as soon as possible given that your email address seems to be the most effective and efficient way to reach Defendant Midley, Inc. d/b/a PurseBlog.com. In the event that we are unable to effect personal service upon Midley, Inc. d/b/a PurseBlog.com, please consider this email correspondence (with attached documents) alternate/substitute service of process under California law pursuant to Rules 4(e) & 4(h) of the Federal Rules of Civil Procedure.

Please let me know if you have any questions.

Best regards,

**Erin L. Pfaff**
Edwards Wildman Palmer LLP
9665 Wilshire Blvd. Suite 200
Beverly Hills, CA 90212

Direct: +1 310 860 8717
Fax: +1 855 587 5421
Main: + 1 310 860 8700

epfaff@edwardswildman.com

www.edwardswildman.com



The partnerships of Edwards Angell Palmer & Dodge LLP and Wildman, Harrold, Allen & Dixon LLP merged on October 1, 2011. The new firm is known as Edwards Wildman Palmer LLP. For more information visit edwardswildman.com.

---

Boston, Chicago, Ft. Lauderdale, Hartford, London, Los Angeles, Madison NJ, New York, Newport Beach, Providence, Stamford, Tokyo, Washington DC, West Palm Beach, Hong Kong (associated office)

CONFIDENTIALITY NOTICE

This e-mail message from Edwards Wildman Palmer LLP and Edwards Wildman Palmer UK LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We take steps to protect against viruses but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor emails sent to and from our server(s) to ensure regulatory compliance to protect our clients and business. Edwards Wildman Palmer UK LLP is a limited liability partnership registered in England (registered number OC333092) and is authorised and regulated by the Solicitors Regulation Authority. A list of members' names and their professional qualifications may be inspected at our registered office, Dashwood, 69 Old Broad Street, London EC2M 1QS, UK, telephone +44 207 583 4055.

Disclosure Under U.S. IRS Circular 230: Edwards Wildman Palmer LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

--