1

**CALIFORNIA ANTI-SLAPP PROJECT**

2

Mark Goldowitz (SBN 96418)

Paul Clifford (SBN 119015)

3

2903 Sacramento Street

4

Berkeley, California 94702

Phone:  (510) 486-9123

5

Fax:      (510) 486-9708

6

Email:  mg@casp.net, pc@casp.net

7

**GREENBERG TRAURIG, LLP**

8

Ian C. Ballon (SBN 141819)

Wendy Mantell (SBN 225544)

9

Lori Chang (SBN 228142)

10

1840 Century Park East, Suite 1900

Los Angeles, California  90067

11

Telephone: (310) 586-7700

12

Facsimile:  (310) 586-7800

Email:  ballon@gtlaw.com,

13

mantellw@gtlaw.com, changl@gtlaw.com

14

15

Attorneys for defendant, Midley, Inc. d/b/a

Purseblog.com

16

17

UNITED STATES DISTRICT COURT

18

CENTRAL DISTRICT OF CALIFORNIA

19

20

EDROP-OFF CHICAGO LLC and
CORRI MCFADDEN

21

22

             Plaintiffs,

23

vs.

24

NANCY R. BURKE, MIDLEY, INC.

25

dba PURSEBLOG.COM, and DOES 1

26

through 10, inclusive,

27

             Defendants.

28

CASE NO. CV12 04095-GW FMOx

**DECLARATION OF LORI CHANG
IN SUPPORT OF SPECIAL MOTION
TO STRIKE THE PLAINTIFFS'
COMPLAINT**

Date:  August 9,  2012
Time:  8:30 a.m.
Courtroom:  10
Judge:  Hon. George H. Wu

Action Filed:  May 10, 2012

## DECLARATION OF LORI CHANG

I, Lori Chang, declare:

1.      I am an attorney duly licensed to practice law by the State of California and before this Court, and am an associate in the law firm of Greenberg Traurig, LLP, co-counsel of record for defendant Midley, Inc. d/b/a Purseblog.com in this action and counsel of record in the parallel lawsuit filed by plaintiffs on May 11, 2012 in the U.S. District Court for the Northern District of Illinois, Case No. 1:12-cv-03632 (the "Illinois action").

2.      On May 11, 2012 at 1:09 p.m., counsel for Purseblog sent an email to plaintiffs' counsel, a true and correct copy of which is attached as Exhibit A.  That email was sent after Purseblog's counsel unsuccessfully attempted to reach plaintiffs' counsel by phone earlier that day, and before receiving any communications from plaintiffs' counsel.  In subsequent communications, plaintiffs advised that they had filed suit in LA, sought and been denied a TRO earlier that day, and would be filing a complaint and a new request for a TRO in Chicago.  About an hour later, around 2:18 p.m. PST on May 11, 2012, plaintiffs filed a complaint asserting virtually identical allegations and claims against Nancy Burke and Purseblog, and set a hearing in Illinois for May 15, 2012 at 9:30 a.m. CDT on an emergency motion for TRO that sought the same TRO that was denied by the court in California.  Attached as Exhibit B is a true and correct copy of an ECF notification from the Northern District of Illinois, which I received from plaintiffs' counsel on May 11, 2012, showing that the complaint was filed in Illinois on May 11, 2012 at 4:18 p.m. CDT.

3.      Purseblog filed its Answer in the California lawsuit on May 12, 2012.  Immediately after Purseblog filed its Answer, plaintiffs voluntarily dismissed Burke on May 12, 2012.

4.      On May 15, 2012, at 9:30 a.m. CDT, plaintiffs' emergency motion for a TRO was heard and denied by Judge Kennelly in Illinois.  Attached as Exhibit C is a true and correct copy of the minute order denying the TRO against Purseblog.  Plaintiffs

1

DECLARATION OF LORI CHANG

subsequently obtained a TRO against Burke in Illinois (which was unopposed by Burke) on May 17, 2012.  Attached as Exhibit D is a true and correct copy of the minute order granting a TRO against Burke.  On June 1, 2012, plaintiffs filed a motion to modify the TRO issued against Burke (to enforce the TRO against Purseblog) and a renewed motion for an order to show cause re:  preliminary injunction against Purseblog in the Illinois action.  That motion was heard on June 5, 2012 at 9:30 a.m. CDT and again denied by Judge Kennelly.  Attached as Exhibit E is a true and correct copy of an ECF notification from the Northern District of Illinois of a minute entry by the Illinois court stating that the motion against Purseblog was denied.

5.   Attached as Exhibit F is a true and correct copy of excerpts from the transcript of the hearing before this Court on May 18, 2012.

6.   On July 2, 2012, counsel for both sides participated in a pre-filing meet and confer telephone conference with respect to this motion..

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 9th day of July, 2012 at Los Angeles, California.

    /s/ Lori Chang
                  LORI CHANG

DECLARATION OF LORI CHANG