## Chang, Lori (Assoc-LA-LT)

**From:** Ballon, Ian (Shld-LA-SV-LT-IP-TECH-ENT)
**Sent:** Friday, May 11, 2012 1:09 PM
**To:** 'dshelton@edwardswildman.com'
**Cc:** Chang, Lori (Assoc-LA-LT); epfaff@edwardswildman.com; Mantell, Wendy M. (Shld-LA-LT-IP-TECH)
**Subject:** edbropoff lawsuit

Dominique -

Per our voicemails, we represent the defendant in the case you just filed seeking a TRO over purseblog postings. We would like to speak with you right away.

The claims asserted relate to third party posts on a blog and are preempted by the Communications Decency Act, 47 USC 230(c). See *Perfect 10, Inc. v. CCBill, Inc.*, 488 F.3d 1102 (9t Cir.), *cert. denied*, 522 U.S. 1062 (2007).

The only comment apparently made by the defendant is to note that a cease and desist letter was sent and that legal counsel would be consulted, which is not actionable.

We believe that plaintiffs' claims are meritless. Should your client be serious about moving forward with this lawsuit, we will file an anti-SLAPP motion seeking dismissal of this action and full recovery of our client's attorneys' fees. See, e.g., *Barrett v. Rosenthal*, 40 Cal. 4th 33, 41 (Cal. 2006) (affirming the propriety of awarding sanctions under California's anti-SLAP motion where a plaintiff's claims are preempted by the CDA). Since you are seeking a TRO, those fees already are mounting rapidly.

It is important that we speak with you right away in view of your stated intention to seek a TRO.

Please call my colleague Lori Chang at your earliest convenience. I am in meetings on the East Coast but she will try to patch me in if I am available. Lori's direct dial is (310) 586-3863.

Regards,

Ian

Ian C. Ballon
Greenberg Traurig LLP

LA Direct Dial: (310) 586-6575
Palo Alto Direct Dial: (650) 289-7881

1840 Century Park East
19th Floor
Los Angeles, CA 90067
Main number: (310) 586-7700
Direct fax: (310) 586-0575

1900 University Avenue
5th Floor

5/15/2012

East Palo Alto, CA 94303
Main number: (650) 328-8500
Direct fax: (650) 462-7881

Ballon@GTLaw.com
www.IanBallon.net



USA LAW FIRM OF THE YEAR, CHAMBERS GLOBAL AWARDS 2007

5/15/2012