## Jami Fordyce

| | |
|---|---|
| From: | usdc_ecf_ilnd@ilnd.uscourts.gov |
| Sent: | Friday, May 11, 2012 2:18 PM |
| To: | ecfmail_ilnd@ilnd.uscourts.gov |
| Subject: | Activity in Case 1:12-cv-03632 eDrop-Off Chicago LLC et al v. Burke et al complaint |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 5.0.3

### Notice of Electronic Filing

The following transaction was entered by Durbin, Mark on 5/11/2012 at 4:18 PM CDT and filed on 5/11/2012
**Case Name:** eDrop-Off Chicago LLC et al v. Burke et al
**Case Number:** 1:12-cv-03632
**Filer:** eDrop-Off Chicago LLC
Corri McFadden
**Document Number:** 1

**Docket Text:**
**COMPLAINT filed by eDrop-Off Chicago LLC, Corri McFadden; Jury Demand. Filing fee $ 350, receipt number 0752-7144099. (Attachments: # (1) Exhibit A-F)(Durbin, Mark)**


**1:12-cv-03632 Notice has been electronically mailed to:**

Mark L. Durbin    mdurbin@edwardswildman.com, ecffilings@edwardswildman.com, lmauro@edwardswildman.com

**1:12-cv-03632 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=5/11/2012] [FileNumber=10128454-0] [6eaca43b79b1075a9b7d230b49dcd302c30a01e699fc41f70bc92024735d8e490a 743cc7a0b12e886debda83f117dce9a616ad498b2a1c7466b9ee5213da942e]]

1

**Document description:** Exhibit A-F
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=5/11/2012] [FileNumber=10128454-1] [5137cb268d06edc32085f9bb71e3fce0832536e5e3e27a3bbd4707b8a296fe521bb52f3ba05645e827fbf84da1cdf3dd1bbf2c500fea258f87f9f912b979b2ef]]