# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

eDrop−Off Chicago LLC, et al.
                                     Plaintiff,

v.                                                    Case No.: 1:12−cv−03632
                                                      Honorable Matthew F. Kennelly

Nancy R Burke, et al.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 15, 2012:

MINUTE entry before Honorable Matthew F. Kennelly:Motion hearing held on 5/15/2012 regarding motion for temporary restraining order. Motion is denied as to Midley, Inc., for the reasons stated in open court. Motion is entered and continued to 5/17/2012 at 11:00 AM., as to Nancy Burke. Motion for preliminary injunction is entered and continued to 5/11/2012 at 11:00 AM., as to Nancy Burke. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.