# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 3632 | **DATE** | 5/17/2012 |
| **CASE TITLE** | eDrop-Off vs. Burke | | |

### DOCKET ENTRY TEXT

Ruling held on motion for a temporary restraining order (5).  Motion is granted as to Nancy Burke.   Enter Order.  Preliminary injunction hearing , as it relates to Nancy Burke, is set for 5/29/2012 at 11:30 AM.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | OR |
|---|---|---|