**From:** usdc_ecf_ilnd@ilnd.uscourts.gov [mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]
**Sent:** Thursday, June 07, 2012 10:48 AM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:12-cv-03632 eDrop-Off Chicago LLC et al v. Burke et al order on motion for miscellaneous relief

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 5.0.3

**Notice of Electronic Filing**

The following transaction was entered on 6/7/2012 at 10:46 AM CDT and filed on 6/5/2012
**Case Name:**      eDrop-Off Chicago LLC et al v. Burke et al
**Case Number:**    1:12-cv-03632
**Filer:**
**Document Number:** 34

**Docket Text:**
**MINUTE entry before Honorable Matthew F. Kennelly: Hearing held on motion to modify temporary restraining order and for order to show cause (31). Motion isdenied without prejudice. Preliminary injunction hearing is reset to 6/21/2012 at 9:30 AM. Temporaryrestraining order as to defendant Burke is extended to close of business of 6/21/2012. Status hearing withparties by telephone is set for 6/18/2012 at 9:00 AM.(or, )**

**1:12-cv-03632 Notice has been electronically mailed to:**

Tracy A. Hannan    thannan@edwardswildman.com, shardt@edwardswildman.com, ecffilings@edwardswildman.com

David T Van Der Laan    aschrieffer@edwardswildman.com, ecffilings@edwardswildman.com, dvanderlaan@edwardswildman.com

Lucia Lynn Marker-moore    markermoorel@gtlaw.com

Mark L. Durbin     ecffilings@edwardswildman.com, mdurbin@edwardswildman.com, lmauro@edwardswildman.com

Erin Pfaff     epfaff@edwardswildman.com

Dominique R Shelton     dshelton@edwardswildman.com

Francis A Citera     mitchellri@gtlaw.com, citeraf@gtlaw.com, chilitdock@gtlaw.com

**1:12-cv-03632 Notice has been delivered by other means to:**