```
 1                    UNITED STATES OF AMERICA

 2                   UNITED STATES DISTRICT COURT

 3                  CENTRAL DISTRICT OF CALIFORNIA

 4                         CENTRAL DIVISION

 5                              - - -
                       HONORABLE GEORGE H. WU
 6             UNITED STATES DISTRICT JUDGE PRESIDING
                                - - -
 7

 8   EDROP-OFF CHICAGO, LLC, ET AL., )
                                     )
 9              PLAINTIFF,           )
                                     )
10   VS.                             )   CV 12-4905-GW(FMOX)
                                     )
11   NANCY R. BURKE, ET AL.,         )
                                     )
12              DEFENDANT.           )
     _____)
13

14

15
          STATUS CONFERENCE RE EX PARTE APPLICATION TO DISMISS
16                       DEFENDANT MIDLEY, INC.

17                     LOS ANGELES, CALIFORNIA

18                         MAY 18, 2012

19

20

21

22

23              ROSALYN ADAMS, CSR 11794
              FEDERAL OFFICIAL COURT REPORTER
24          312 NORTH SPRING STREET, ROOM 410
              LOS ANGELES, CALIFORNIA 90012
25                    (213) 894-2665
```

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT**

```
 1    APPEARANCES:

 2    ON BEHALF OF THE PLAINTIFF:

 3            EDWARDS WILDMAN PALMER, LLP
              BY:  DOMINIQUE R. SHELTON
 4                 JEANETTE PFAFF
              9665 WILSHIRE BOULEVARD
 5            SUITE 200
              BEVERLY HILLS, CALIFORNIA 90212
 6            (310) 860-8700

 7
      ON BEHALF OF DEFENDANT:
 8
              GREENBERG TRAURIG, LLP
 9            BY:  IAN C BALLON
              2450 COLORADO AVENUE
10            SUITE 400 EAST
              SANTA MONICA, CALIFORNIA 90404
11            (310) 586-7700

12            GREENBERG TRAURIG, LLP
              BY:  LORI CHANG
13            1840 CENTURY PARK EAST
              SUITE 1900
14            LOS ANGELES, CALIFORNIA 90067
              (310) 586-7700
15

16

17

18

19

20

21

22

23

24

25
```

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT**

1  MS. SHELTON: WHAT HAPPENED WAS, WHEN WE FILED THE
2  LAWSUIT ON MAY 10TH, WE GOT YOUR HONOR'S ORDER. WE LOOKED AT
3  IT AND WE FELT THAT YOUR HONOR WAS CORRECT THAT, IN FACT,
4  SUBJECT MATTER -- IN FACT, PERSONAL JURISDICTION WAS PROBABLY
5  NOT PROPER HERE. WE RESEARCHED THE ISSUES IN TERMS OF CHOICE
6  OF LAW, GIVEN THAT THE CLAIMS THAT WE HAD IN THE COMPLAINT
7  REALLY RELATED TO THE PLAINTIFF, AND SHE IS BASED IN
8  ILLINOIS.
9  THE COURT: IS IT ALL --
10 MS. SHELTON: WE TOOK HEED TO YOUR HONOR'S ORDER
11 WHICH SEEMED TO INDICATE -- LET'S TAKE A STEP BACK. THERE'S
12 DEFAMATORY MATERIAL THAT WAS SITTING ON THE SITE THAT WAS
13 PROLIFERATING IN A VIRAL MANNER WHERE HUNDREDS OF POSTS,
14 LITERALLY, BETWEEN TUESDAY, THE 15TH, TO THURSDAY THE 16TH,
15 THERE WAS SOME 16,000 VIEWS THAT HAD HIT THE SITE BASED ON A
16 DEFAMATORY POST THAT WERE PROLIFERATING HUNDREDS AT A TIME ON
17 AN HOURLY BASIS. SO THERE WAS SIGNIFICANT HARM --
18 IRREPARABLE HARM. THE CLIENT WAS IN THE MIDST OF A NUMBER
19 OF -- FIRST OF ALL, REPUTATIONAL THINGS ASSOCIATED WITH
20 NEGOTIATING A SECOND SERIES FOR VH1, HER BRAND IN THE
21 COMMUNITY IN CHICAGO; IRREPARABLE HARM WAS TAKING PLACE. SO
22 WE WANTED TO GET INTO -- THE CHOICE OF THE CALIFORNIA FORUM
23 WAS BASED ON THURSDAY, THE 10TH, OF ME BEING IN LOS ANGELES.
24 AND I THOUGHT THAT WE COULD COME IN AND SEEK A TRO ON FRIDAY
25 TO TAKE THE CONTENT DOWN AS QUICKLY AS POSSIBLE. WHEN WE GOT

1    MR. BALLON: THE REQUEST WILL BE HONORED. WE
2    POSTED ON THE WEB AS -- WE -- OUR CLIENT POSTED A NOTICE
3    WHICH WAS IN THE PAPERS THAT MS. SHELTON SUBMITTED THAT SAYS
4    AT THE REQUEST OF THE POSTER, THIS MATERIAL WAS TAKEN DOWN.
5    THE COURT: OKAY.
6    MS. SHELTON: YOUR HONOR, WHAT I SHOWED YOU, THE
7    CONTENT REMAINS UP. SO DESPITE THE FACT THAT MS. BURKE ASKED
8    FOR THE CONTENT TO BE TAKEN DOWN, I UNDERSTAND PRIOR TO JUDGE
9    KENNELLY'S RULING, SHE'D MADE SEVERAL REQUESTS OF DEFENDANT
10   TO TAKE HER CONTENT DOWN. WE HAD ASKED FOR THE CONTENT TO BE
11   TAKEN DOWN. DEFENDANTS, WE UNDERSTAND, GET AD REVENUE FROM
12   HITS.
13   THE COURT: LET ME JUST STOP YOU. THEY'RE STILL A
14   DEFENDANT IN THE ILLINOIS CASE. IF THE PITCH YOU'RE MAKING
15   TO ME, YOU CAN MAKE TO THE JUDGE IN ILLINOIS AND IF HE FINDS
16   THAT THEY ARE ACTING IN SUCH A WAY TO BE -- FALL WITHIN THE
17   AMBIT OF HIS ORDER UNDER 65(D), THEN HE CAN SANCTION THEM.
18   MS. SHELTON: YOUR HONOR, THE ONLY REASON JUDGE
19   KENNELLY DID NOT ADDRESS THE SUBJECTIVE ISSUES AS IS RELATED
20   TO OUR TRO IN PURSEBLOG WAS BECAUSE OF THIS ACTION. THIS
21   ACTION WAS FILED ORIGINALLY BECAUSE IT WAS CLOSEST TO MY
22   OFFICE. WE THOUGHT WE COULD GET IMMEDIATE RELIEF BECAUSE OF
23   THE IRREPARABLE HARM. WE LOOKED AT YOUR HONOR'S ORDER THAT
24   MADE IT CLEAR --
25   THE COURT: AGAIN, YOU'RE SAYING STUFF THAT YOU'VE

```
1                      CERTIFICATE OF REPORTER
2
    COUNTY OF LOS ANGELES    )
3                            ) SS.
    STATE OF CALIFORNIA      )
4
5
6   I, ROSALYN ADAMS, OFFICIAL COURT REPORTER, IN AND FOR THE
7   UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF
8   CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,
9   TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND
10  CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED
11  PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE
12  TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS
13  OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.
14
15
16  DATED:  MAY 21, 2012
17
18      /S/   ROSALYN ADAMS
19  ROSALYN ADAMS, CSR 11794
    OFFICIAL COURT REPORTER
20
21
22
23
24
25
```