**CALIFORNIA ANTI-SLAPP PROJECT**
Mark Goldowitz (SBN 96418)
Paul Clifford (SBN 119015)
2903 Sacramento Street
Berkeley, California 94702
Phone:  (510) 486-9123
Fax:     (510) 486-9708
Email:  mg[at]casp.net,
pc[at]casp.net

**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
Wendy Mantell (SBN 225544)
Lori Chang (SBN 228142)
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:  ballon@gtlaw.com,
mantellw@gtlaw.com,
changl@gtlaw.com

Attorneys for defendant, Midley, Inc., d/b/a Purseblog.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDROP-OFF CHICAGO LLC and CORRI MCFADDEN<br><br>Plaintiffs,<br><br>vs.<br><br>NANCY R. BURKE, MIDLEY, INC. dba PURSEBLOG.COM, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV12 04095-GW FMOx<br><br>**DECLARATION OF PAUL CLIFFORD IN SUPPORT OF SPECIAL MOTION TO STRIKE THE PLAINTIFFS' COMPLAINT**<br><br>Date:         August 9, 2012<br>Time:        8:30 a.m.<br>Courtroom:  10<br>Judge:       Hon. George H. Wu<br>Action Filed: May 10, 2012 |

DECLARATION OF PAUL CLIFFORD

# DECLARATION OF PAUL CLIFFORD

I, Paul Clifford, declare:

1.     I am an attorney duly licensed to practice law by the State of California, and am a counsel of record for defendant Midley, Inc. d/b/a Purseblog.com in this action.  My admission to practice before this court is pending.  If called upon to testify I am competent to do so.  The documents attached to this declaration are true copies of what they purport to be.

2.     Attached hereto as Exhibit A are true copies of pages from the eBay website that explain the requirements for the various Power Seller levels, which I downloaded on July 5, 2012, from the URLs indicated thereon.

3.     Attached hereto as Exhibit B is a true copy of the first page of eDrop-Off's listings on eBay, which I downloaded on June 29, 2012, from the URL indicated thereon.

4.     Attached hereto as Exhibit C are true copies of pages from corrimcfadden.com, which I downloaded on June 29, 2012, from the URLs indicated thereon.

5.     Attached hereto as Exhibit D are true copies of pages from shopedropoff.com, which I downloaded on June 29, 2012, from the URL indicated thereon.

6.     Attached hereto as Exhibit E are true copies of articles from the Los Angeles Times website (June 29, 2012), the New York Daily News website (June 29, 2012), the Chicago Tribune website (July 1, 2012), thefashionspot.com (June 29, 2012), luckymag.com (June 29, 2012), and mugshot-monday.com (July 1, 2012), which I downloaded on the dates indicated, from the URLs indicated thereon.

7.     Attached hereto as Exhibit F is a true copy of an excerpt from the "Press" section located at shopedropoff.com/content/press, which I downloaded on July 1, 2012, from the URL indicated thereon.

8.     Attached hereto as Exhibit G are true copies of excerpts of searches that I performed using Google.com for the search terms "corri mcfadden" (July 1, 2012),

"house of consignment" (June 29, 2012), and "edrop-off" (June 29, 2012), which searches I performed on the dates indicated and which I downloaded those same days from the URLs indicated thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 6th day of July, 2012 at Berkeley, California.

_____
PAUL CLIFFORD