

- ▸ Essentials
- ▸ Photo Center
- ▸ Best Practices
- ▸ Policies & Your Reputation
- ▾ Top-rated & PowerSeller Program
  - Home
  - Requirements
  - Benefits
  - FAQs
  - Terms & Conditions
- ▸ Selling Tools & Efficiency
- ▸ Listing with the eBay catalog

·Spotlights


CASH IN YOUR POCKET — How to sell Tech: Get your FREE selling guide


No time to sell? Get help from a Trading Assistant


start small. THINK BIG — Visit the Small Business Center — Learn more ▸

## Top-rated & PowerSeller Program

### PowerSeller and Top-rated Seller Requirements

Achieving and maintaining PowerSeller and Top-rated seller status requires a proven track record of both quality and quantity. Becoming a Bronze PowerSeller is the first step. Higher sales volume will result in a higher PowerSeller tier while higher quality will result in Top-rated seller status. PowerSeller status is required to become a Top-rated seller. A seller can track their progress toward PowerSeller requirements and Top-rated seller status through their Seller Dashboard. PowerSeller program eligibility is reviewed every month. Sellers not meeting the eligibility requirements may lose their PowerSeller status. Below are the requirements to be a PowerSeller, as well as the additional requirements for Top-rated seller status.

The requirements for and benefits of Top-rated seller status are changing this spring. Read more.

**PowerSeller Requirements**

The minimum requirements to become and maintain PowerSeller status are as follows:

- 90 days on site
- Account is in good standing (not past due)
- Feedback and detailed seller ratings (DSRs) requirements (details below)
- Sales volume requirements - minimum and by PowerSeller tier (details below)
- eBay Policy compliance (details below)

Feedback and detail seller ratings (DSRs) requirements:

- 98% positive feedback over the past twelve months
- Minimum average detailed seller ratings (DSRs) of 4.60 or higher for all four DSRs - item as described, communication, shipping time, and shipping and handling charges.
  - For sellers that sell exclusively in Motors Vehicles categories, DSR requirement applies to item description and communication DSRs only
  - For sellers that sell exclusively in Half.com the shipping and handling charge DSRs does not apply
- Rates of 1s and 2s* on DSR with US buyers not to exceed the following rates and counts:
  - Items as described: 1% and a count of 3
  - Communication: 2% and a count of 3
  - Ship time: 2% and a count of 3
  - Shipping & handling charges: 2% and a count of 3

* The time period for evaluation for the average DSR and rates of 1s and 2s on DSRs is the most recent three calendar months for sellers with 400 or more transactions during those months. For all other sellers, the time period for evaluation is the most recent twelve calendar months.

eBay Buyer Protection and PayPal Buyer Protection cases requirements:

- For sellers with 400 or more transactions over the past 3 months, the case scores are calculated over the last 3 calendar months. For all other sellers, it's calculated over the last 12 calendar months.
- Have opened cases on no more than 0.5% of your total number of transactions with US buyers.
- Have closed cases without seller resolution on no more than 0.3% of your total number of transactions with US buyers.

Sales volume requirements

- Minimum sales volume with US buyers over past 12 months: $3,000 in sales and 100 transactions.

There are five tiers of PowerSellers based on sales volume. Although all PowerSellers are eligible for PowerSeller benefits and Top-rated seller status, sellers that reach higher PowerSeller tiers will be provided greater customer support. Sellers who meet the minimum sales volume requirement qualify as a Bronze PowerSeller. Additional PowerSeller tiers are as follows:

| PowerSeller Tier | Silver | Gold | Platinum | Titanium |
|---|---|---|---|---|
| Annual total: | | | | |
| Sales | $36,000 | $120,000 | $300,000 | $1,800,000 |
| Or | | | | |
| Transactions | 3,600 | 12,000 | 30,000 | 180,000 |
| Customer support: | | | | |
| Email | 24 hours | 24 hours | 24 hours | 24 hours |

| | | | | |
|---|---|---|---|---|
| Phone | 6am-10pm | 6am-10pm | 6am-10pm | 6am-10pm |
| Specialized account servicing | No | Some | Yes | Yes |

**eBay Policy Compliance**

eBay policy compliance is required for all PowerSellers and Top-rated sellers. To comply, you must not violate the Shill Bidding, Feedback Manipulation, or Counterfeits policies—these policies are considered severe and may result in loss of PowerSeller and Top-rated seller status for a minimum of 180 days. Additionally, repeated violations of any other eBay policies may result in the loss of PowerSeller status. The maximum number of policy violations varies by PowerSeller tier and are as follows:

- Bronze: 4 violations in a 90-day period
- Silver/Gold: 5 violations in a 90-day period
- Platinum: 6 violations in a 90-day period
- Titanium: 7 violations in a 90-day period

Sellers may check their compliance with eBay policies through the Seller Dashboard. For a complete list of eBay policies see Knowing the rules for sellers on the Help pages. For assistance with policy violations, contact us for more information.

**Additional requirements for Top-rated seller status**
Top-rated seller eligibility is reviewed every month. The below requirements are required for Top-rated seller status:

- PowerSeller status
- 100 or more transactions with US buyers over the past twelve months
- Compliance with the Selling Practices policy
- Rates of 1s and 2s* on DSRs with US buyers not to exceed the following rates and counts:
    - Items as described: 0.50% and a count of 2
    - Communication: 0.50% and a count of 2
    - Ship time: 0.50% and a count of 2
    - Shipping & handling charges: 0.50% and a count of 2

The requirements for and benefits of Top-rated seller status are changing this spring. Read more.

* The time period for evaluation for the rates of 1s and 2s on DSR is the most recent three calendar months for sellers with 400 or more transactions during those months. For all other sellers, the time period for evaluation is the most recent twelve calendar months.

For additional information of PowerSeller or Top-rated seller requirements, see Frequently Asked Questions.

About eBay | Security Center | Buyer Tools | Policies | Stores | eBay Wish list | Site Map | eBay official time | Preview new features | Tell us what you think

Copyright © 1995-2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.