# CORRI M<sub>C</sub>FADDEN

Home   Bio   What I Wore   Photos   Videos   Press   Shop   Contact

## 6.27.2012    In Case You Were Wondering…

Pause Prev | Next Show thumbnails Hide thumbnails  2 of 2
1 left




right



Follow Me  f  t




Founder & Owner of eDrop-Off; Premier Online Designer Consignment. Catch me on my upcoming show House of Consignment on VH1 March 21st!






Here's what I was wearing today on WCIU!

My sunglasses are by The Row, get a similar style here

My top is by Scoop NYC, similar style is available here

Pants by Hudson, get a similar style here

Shoes are B by Brian Atwood, a similar style is available

My handbag is by Celine

 Comment

# 6.27.2012     Stylish and Safe in the City!

I was on WCIU's You and me This Morning to talk about how you can be fashionable and safe while having fun exploring everything Chicago has to offer in the summer. It's important to take this tips into consideration when you're planning an outfit for a barbecue, beach outing or any other fun summer activity.

1. My first tip is wear practical shoes until you reach your destination. While walking or taking public transportation to your destination, wear flats or other shoes you can move quickly in if needed. Then, once you get to where you're going, break out those fabulous neon heels!

2. Flashy jewelry might be in, but it also attracts attention. Take the time to tuck in your necklace, and turn your rings around so they don't attract any unwanted attention.

3. A messenger bag is a great style to carry, especially one with a zipper closure. That being said, always make sure it's closed!

4. Put your phone away! Keep it tucked away while walking or on public transportation. In your messenger bag is the best place, not in your front or back pocket, and not in your hand. You don't want to lose your phone or that great case you just splurged on!

Check out my segment below!

Be safe out there everyone, and have fun!

Pause Prev | Next Show thumbnails Hide thumbnails 6 of 6

1
left

     


right





FIND ME ON...



shopedropoff.com

Style Pose Blog Instagram



RECENT TWEETS

@CesarGStyles BOO! We will send back to you as soon as it arrives! xx
about an hour ago

Happy Friday! http://t.co/5UrfZw8r about 2 hours ago

Behind the scenes of the Fashionably Safe photo shoot!

 Comment

## 6.27.2012    Fashionably Safe on WCIU

 Comment

## 6.20.2012    The Yorkies' First Fashion Show on WCIU!

Today Emma, Harley and I were on WCIU's You and Me This Morning to talk about the event I am hosting tonight, Dog Days of Summer Fashion Show. The event benefits PAWS, and this will be Emma and Harley's runway debut, check out the details here!

 Comment

# 6.20.2012    The First Day of Summer!

Check out what I wore on the first day of summer!

PausePrev|NextShow thumbnailsHide thumbnails1 of 5
1
left




right



Top by Equipment, find a similar style here.

Pants by Mother

Shoes by Christian Louboutin, find a similar style here.

Emma's outfit is from Tails in the City!

 Comment

# 6.15.2012     "City of Style" Book Signing!

On June 26th from 6-8pm, eDrop-Off and Glossed and Found will be hosting a book signing for "City of Style", by Melissa Magsaysay. It's going to be a fun night, be sure to RSVP by June 25th! See you there!



 Comment

# 6.13.2012     Check Out My Diesel Ad!

I'm in an ad campaign for Diesel Jeans, and the first shots can be seen around the web! Take a look below!

PausePrev|NextShow thumbnailsHide thumbnails2 of 4
1
left



right



 Comment

## 6.12.2012    Dog Days of Summer Fashion Show

On Wednesday June 20th I am hosting a doggy fashion show at Rockit Bar in Wrigleyville. The event starts at 6pm, but get there early because the first 25 guests will receive a doggy themed gift bag! See you there!



 Comment

6.12.2012     Talking CFDA on WCIU

 Comment

# 6.12.2012    Visit to WCIU, and a special guest!

Yesterday I visited You& Me This Morning on WCIU to talk about my experience at the CFDA Awards in New York last week. Take a look below to hear about who I saw and what they wore! Also, we had a special guest on set yesterday, Latte! She is in need of a home, so if you want to take her home, contact Brett Youngsteadt at 312.747.1389.

Pause Prev|Next Show thumbnails Hide thumbnails 2 of 2
1
left

 

right



 1 Comment

← OLDER.