**CALIFORNIA ANTI-SLAPP PROJECT**
Mark Goldowitz (SBN 96418)
Paul Clifford (SBN 119015)
2903 Sacramento Street
Berkeley, California 94702
Phone:  (510) 486-9123
Fax:     (510) 486-9708
Email:  mg@casp.net
pc@casp.net

**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
Wendy Mantell (SBN 225544)
Lori Chang (SBN 228142)
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:  ballon@gtlaw.com,
mantellw@gtlaw.com,
changl@gtlaw.com

Attorneys for defendant, Midley, Inc., d/b/a Purseblog.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDROP-OFF CHICAGO LLC and CORRI MCFADDEN<br><br>Plaintiffs,<br><br>vs.<br><br>NANCY R. BURKE, MIDLEY, INC. dba PURSEBLOG.COM, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV12 04095-GW FMOx<br><br>**DEFENDANT'S NOTICE OF LODGING [PROPOSED] ORDER GRANTING SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT**<br><br>Date:           August 9, 2012<br>Time:          8:30 a.m.<br>Courtroom: 10<br>Judge:         Hon. George H. Wu<br>Action Filed: May 10, 2012 |

**DEFENDANT'S NOTICE OF LODGING [PROPOSED] ORDER GRANTING SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT**

Defendant hereby provide notice that the attached [Proposed] Order Granting Special Motion to Strike Plaintiffs' Complaint is being lodged with the Court.

DATED: July 9, 2012             CALIFORNIA ANTI-SLAPP PROJECT

                                By: /s/ Mark Goldowitz_____
                                    Mark Goldowitz

                                Attorneys for Defendant MIDLEY, INC.,
                                dba Purseblog.com