1  **CALIFORNIA ANTI-SLAPP PROJECT**
   Mark Goldowitz (SBN 96418)
2  Paul Clifford (SBN119015)
   2903 Sacramento Street
3  Berkeley, California 94702
   Phone:  (510) 486-9123
4  Fax:      (510) 486-9708
   Email:  mg@casp.net
5  pc@casp.net

6  **GREENBERG TRAURIG, LLP**
   Ian C. Ballon (SBN 141819)
7  Wendy Mantell (SBN 225544)
   Lori Chang (SBN 228142)
8  1840 Century Park East, Suite 1900
   Los Angeles, California  90067
9  Telephone: (310) 586-7700
   Facsimile:  (310) 586-7800
10 Email:  ballon@gtlaw.com,
   mantellw@gtlaw.com,
11 changl@gtlaw.com

12 Attorneys for defendant, Midley, Inc., d/b/a
   Purseblog.com
13

14
15                     UNITED STATES DISTRICT COURT
16                     CENTRAL DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| EDROP-OFF CHICAGO LLC and CORRI MCFADDEN<br><br>Plaintiffs,<br><br>vs.<br><br>NANCY R. BURKE, MIDLEY, INC. dba PURSEBLOG.COM, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV12 04095-GW FMOx<br><br>[PROPOSED] ORDER GRANTING SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT<br><br>Date:         August 9, 2012<br>Time:         8:30 a.m.<br>Courtroom:  10<br>Judge:        Hon. George H. Wu<br>Action Filed: May 10, 2012 |

The motion of Defendant Midley, Inc. dba Purseblog (Purseblog) came on regularly for hearing on August 9, 2012, at 8:30 a.m., in Courtroom 10, the Honorable George H. Wu, Judge, presiding.

The Court, having read and reviewed the papers filed in support of and in opposition to the motion, having heard the argument of counsel, and the matter having been submitted, finds and orders as follows:

Defendant Purseblog has met the burden of proving that the allegations in Plaintiffs' Complaint concerning Defendant Purseblog's statements and conduct relate to protected conduct, specifically Purseblog's right of free speech under the United States and California Constitutions in a public forum in connection with issues of public interest, and other conduct in furtherance of its constitutional right of free speech in connection with issues of public interest, pursuant to California Code of Civil Procedure section 425.16.

Since Purseblog met its burden of proving that Plaintiffs' Complaint concerns protected speech and conduct under Cal. Code Civ. Proc. section 425.16, the burden shifted to Plaintiffs to show by competent and admissible evidence that there was a probability that Plaintiffs would prevail on their causes of action against Purseblog.  The Court, having reviewed the evidence and objections thereto submitted by the parties, finds that Plaintiffs failed to meet their burden of showing by competent and admissible evidence that there was a probability that they would prevail on any of the causes of action against Purseblog, specifically, the third, for common law trademark infringement, the fourth, for intentional interference with contractual relations, the fifth, for intentional interference with prospective economic advantage, and the sixth, for declaratory relief.

The Plaintiffs having failed to meet their burden, the Court finds that Purseblog's special motion to strike the Complaint pursuant to Cal. Code Civ. Proc. section 425.16 was well taken and the Complaint should be stricken and dismissed with prejudice. Therefore, Purseblog is entitled to an award of attorneys' fees and costs, pursuant to Cal. Code Civ. Proc. section 425.16(c).

      THE COURT ORDERS AS FOLLOWS:  Plaintiffs' Complaint is ordered stricken and dismissed, with prejudice.  Defendant Purseblog shall file its proof of fees and costs within 14 days of the date of this order.

      IT IS SO ORDERED.

Dated: _____, 2012

                                      _____
                                      JUDGE GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE