Marcia Hofmann, Esq. (SBN 250087)
marcia@eff.org
Corynne McSherry, Esq. (SBN 221504)
corynne@eff.org
Matthew Zimmerman, Esq. (SBN 212423)
mattz@eff.org
ELECTRONIC FRONTIER
FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Amicus Curiae
ELECTRONIC FRONTIER
FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDROP-OFF CHICAGO LLC, *et al.*, | Case No. 2:12-cv-04095-GW-FMOx |
| Plaintiffs, | **APPLICATION FOR LEAVE TO FILE BRIEF AMICUS CURIAE** |
| v. | Date:   August 9, 2012 |
| NANCY R. BURKE, *et al.* | Time:   8:30 a.m.<br>Courtroom 10, Spring St. |
| Defendants. | The Honorable George H. Wu |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Amicus Electronic Frontier Foundation ("EFF") hereby applies for leave to file an *amicus curiae* brief supporting special motion to strike filed by Defendant Midley, Inc., doing business as Purseblog. This application is supported by the proposed *amicus curiae* brief and the proposed order filed herewith.

The Electronic Frontier Foundation ("EFF") is a non-profit, member-supported digital civil liberties organization. As part of its mission, EFF has served as counsel or *amicus* in key cases addressing user rights to free speech, privacy, and innovation as applied to the Internet and other new technologies. With more than 16,000 dues-paying members, EFF represents the interests of technology users in both court cases and in broader policy debates surrounding the application of law in the digital age, and publishes a comprehensive archive of digital civil liberties information at www.eff.org.

This case raises important questions with implications beyond the immediate dispute between the parties. In its proposed brief, EFF discusses the context surrounding this dispute and its support of defendants' motion, including the fact that California's anti-SLAPP statute, California Code of Civil Procedure § 425.16, and binding Ninth Circuit precedent interpreting the Communications Decency Act, 47 U.S.C. § 230, offer substantive legal protections unique to California that protect free speech and discourage meritless lawsuits intended to suppress online expression. A decision denying defendants' motion to strike the complaint would send a dangerous

message to future litigants that, in contravention of clear public policy and law, a plaintiff may file baseless, speech-chilling litigation in California without consequence.

    EFF has discussed this brief with counsel for both the plaintiffs and defendant. Purseblog consents to the filing of this brief. Plaintiffs Corri McFadden and eDrop-Off do not consent to the filing of this brief.

    EFF respectfully requests that the Court grant leave to file its brief as *amicus curiae* in support of defendant Purseblog's special motion to strike.

DATED:  July 16, 2012			Respectfully submitted,

ELECTRONIC FRONTIER FOUNDATION

    /s/ Marcia Hofmann
Marcia Hofmann, Esq.
Corynne McSherry, Esq.
Matthew Zimmerman, Esq.
454 Shotwell Street
San Francisco, CA 94110
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

*Counsel For Amicus Curiae*
*Electronic Frontier Foundation*