Marcia Hofmann, Esq. (SBN 250087)
marcia@eff.org
Corynne McSherry, Esq. (SBN 221504)
corynne@eff.org
Matthew Zimmerman, Esq. (SBN 212423)
mattz@eff.org
ELECTRONIC FRONTIER
FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Amicus Curiae
ELECTRONIC FRONTIER
FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDROP-OFF CHICAGO LLC, *et al.*, | Case No. 2:12-cv-04095-GW-FMOx |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE BRIEF AMICUS CURIAE OF ELECTRONIC FRONTIER FOUNDATION** |
| v. | |
| NANCY R. BURKE, *et al.* | |
| Defendants. | Date:   August 9, 2012<br>Time:   8:30 a.m.<br>Courtroom 10, Spring St.<br>The Honorable George H. Wu |

Before the Court is the Electronic Frontier Foundation's application for leave to file an *amicus curiae* brief in support of the special motion to strike filed by defendant Midley, Inc., doing business as Purseblog.

Having considered the papers, the parties' responses thereto, and good cause appearing, it is hereby **ORDERED** that the Electronic Frontier Foundation's motion for leave to file its *amicus curiae* brief is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____          _____
                                  Hon. George H. Wu
                                  United States District Court Judge