Dominique R. Shelton (SBN 157710)
EDWARDS WILDMAN PALMER LLP
9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
310-860-8700; dshelton@edwardswildman.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDROP-OFF CHICAGO LLC and CORRI MCFADDEN<br><br>PLAINTIFF(S)<br><br>v.<br><br>NANCY R. BURKE, MIDLEY, INC. d/b/a PURSEBLOG.COM; and DOES 1-10 inclusive<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:12-cv-04095-GW (FMOx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL CONFIDENTIAL FORMER MODERATOR DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO STRIKE and [PROPOSED] ORDER

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
- ☒ Other  APPLICATION AND [PROPOSED] ORDER

**Reason:**
- ☐ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☒ Manual Filing required ( *reason* ):
  Because Confidential Former Moderator Declaration Filed Under Seal is attached.

| | |
|---|---|
| July 19, 2012 | Dominique R. Shelton |
| Date | Attorney Name |
| | Plaintiffs |
| | Party Represented |

*Note:*  File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)  **NOTICE OF MANUAL FILING**