Dominique R. Shelton (SBN 157710)
Erin L. Pfaff (SBN 259349)
EDWARDS WILDMAN PALMER LLP
9665 Wilshire Blvd., Suite 200
Beverly Hills, CA. 90212
Telephone: (310) 860-8700
Facsimile: (310) 860-3800
dshelton@edwardswildman.com
epfaff@edwardswildman.com

Attorneys for Plaintiffs,
EDROP-OFF CHICAGO LLC and
CORRI MCFADDEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDROP-OFF CHICAGO LLC and CORRI MCFADDEN<br><br>Plaintiffs,<br><br>v.<br><br>NANCY R. BURKE, MIDLEY, INC. d/b/a PURSEBLOG.COM, and DOES 1-10 inclusive<br><br>Defendant. | CASE No. 2:12-cv-04095-GW (FMOx)<br><br>Honorable George H. Wu<br><br>**NOTICE OF ERRATA RE: AMENDED PLAINTIFFS' OPPOSITION TO DEFENDANT MIDLEY, INC.'S SPECIAL MOTION TO STRIKE COMPLAINT; MEMORANDUM OF POINTS & AUTHORITIES**<br><br>Date:      August 9, 2012<br>Time:      8:30 a.m.<br>Location:  Courtroom 10<br>           312 North Spring St.,<br>           Los Angeles<br><br>Action Filed: May 10, 2012 |

America 17043914.1

NOTICE OF ERRATA RE: PLAINTIFFS' OPPOSITION TO MOTION TO STRIKE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Corri McFadden and eDrop-off Chicago LLC ("collectively "eDrop-Off" or "Plaintiffs") hereby submit their Notice of Errata to make the following corrections to PLAINTIFFS' OPPOSITION TO DEFENDANT MIDLEY, INC.'S SPECIAL MOTION TO STRIKE COMPLAINT; MEMORANDUM OF POINTS & AUTHORITIES filed on July 19, 2012 at Dkt. 57:

1. at page 3 line 25, the reference to Exhibits "A"- "H" should be corrected to "A"-"**G**"

2. At page 6 line 13, the reference to "*Id.* at ¶9, should be corrected to "McFadden Decl., at ¶ 9."

3. At page 7 line 3: the reference to "Walton Decl., ¶¶7-15" should be corrected to "**Wilson** Decl., ¶¶7-15."

4. At page 7 lines 9-10 the reference to "Exh. J to Shelton Decl.," should be corrected to "Exh. **O** to Shelton Decl."

5. At page 7 line 16 the reference to "McFadden Decl.,¶ 9" should be corrected to "McFadden Decl., at ¶**3**"

6. At page 8 line 7, the reference to "McFadden Decl. ¶3" should be corrected to "McFadden Decl. ¶ **5**"

7. At page 11 line 28, the continuation of fn. 3 reads "Shelton Supp. Decl., at Exh. "O" and this should be corrected to "Shelton Supp. Decl., as Exh. "O, **Dkt 25 in this case**."

8. At p. 14 line 13, the reference to "McFadden Decl., ¶__" should be corrected to "McFadden Decl., ¶ **2**".

9. At page 15 line 15, the parenthetical stating "(though, again, Plaintiff...", should be corrected to ("though, again, **Defendant** ..."

America 17043914.1

1

NOTICE OF ERRATA RE: PLAINTIFFS' OPPOSITION TO MOTION TO STRIKE

10. At page 17 line 18, the reference to "McFadden Decl., ¶__" should be <u>corrected</u> to "McFadden Decl., **¶ 16**"

11. At page 19 lines 22-23, the reference to "Shelton Decl., Exh. "L," p. 8" should be <u>corrected</u> to "Shelton Decl., Exh. "**O**," **p. 10**"

12. At page 19 line 24, the reference to "p.9" should be <u>corrected</u> to "**p.17**"

13. At page 20 line 2, the reference to "Shelton Decl., Exh. "_"" should be <u>corrected</u> to "Shelton Decl., Exh. "**O**""

14. At page 25 lines 25-26, the statement that reads "In fact the unnecessarily aggressive approach Plaintiffs have taken to ensuring that both parties," should be <u>corrected</u> to "In fact the unnecessarily aggressive approach **Defendants** have taken".

15. At page 20 lines 1-2, the reference to "Shelton Decl., Exh. "_", p. 9;" should be corrected to "Shelton Decl., Exh. "**O**", p. 9;"

16. At p. 21, line 23, the reference to "public sensitive" should be <u>corrected</u> to "**publish** sensitive"

An <u>Amended</u> *Plaintiffs' Opposition To Defendant Midley, Inc.'s Special Motion To Strike Complaint; Memorandum Of Points & Authorities* is attached hereto as Exhibit "A," and the Court and the parties are respectfully requested to substitute the <u>Amended</u> *Plaintiffs' Opposition To Defendant Midley, Inc.'s Special Motion To Strike Complaint; Memorandum Of Points & Authorities* for the brief filed on July 19, 2012 at Dkt. 57.

Dated: July 20, 2012                         EDWARDS WILDMAN PALMER LLP

                                             By:   /s/ Dominique Shelton
                                             Dominique R. Shelton
                                             Attorneys for Plaintiffs, eDrop-Off

America 17043914.1

2

NOTICE OF ERRATA RE: PLAINTIFFS' OPPOSITION TO MOTION TO STRIKE