UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4095 GW (FMOx) | Date | July 23, 2012 |
|---|---|---|---|
| Title | *eDrop-Off Chicago LLC, et al. v. Burke, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Anne Kielwasser | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dominique R. Shelton | Ian C. Ballon |
| | Lori Chang |
| | Mark Goldowitz - by telephone |

**PROCEEDINGS:       SCHEDULING CONFERENCE**


Court and counsel confer.  For reasons stated on the record, Defendant Midley, Inc.'s Motion to Strike Plaintiffs' Complaint, filed on July 9, 2012, and set for August 9, 2012, is **taken off-calendar.**

Plaintiffs' Motion for Leave to Conduct Discovery, Pursuant to Rule 56(d) of the Federal Rules of Civil Procedure and in Connection with Defendant Midley, Inc.'s Motion to Strike Complaint Pursuant to CCP §425.16, filed on July 9, 2012, and Plaintiffs' Motion for Leave to File First Amended Complaint, filed on July 23, 2012, and set for August 20, 2012, are **advanced** to **August 9, 2012 at 8:30 a.m.** Oppositions will be filed by July 27, 2012.  Replies to the motions, if any, will be filed by August 2, 2012.

|  | : | 30 |
|---|---|---|
| Initials of Preparer | JG | |