1  **CALIFORNIA ANTI-SLAPP PROJECT**
2  Mark Goldowitz (SBN 96418)
   Paul Clifford (SBN 119015)
3  2903 Sacramento Street
   Berkeley, California 94702
4  Telephone:  (510) 486-9123
   Facsimile:  (510) 486-9708
5  Email:  mg@casp.net, pc@casp.net

6
   **GREENBERG TRAURIG, LLP**
7  Ian C. Ballon (SBN 141819)
8  Lori Chang (SBN 228142)
   1840 Century Park East, Suite 1900
9  Los Angeles, California  90067
10 Telephone: (310) 586-7700
   Facsimile:  (310) 586-7800
11 Email:  ballon@gtlaw.com,
12 changl@gtlaw.com

13 Attorneys for defendant, Midley, Inc.
14 d/b/a Purseblog.com

15                UNITED STATES DISTRICT COURT
16                CENTRAL DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18  EDROP-OFF CHICAGO LLC and<br>19  CORRI MCFADDEN,<br>20           Plaintiffs,<br>21  vs.<br>22<br>23  NANCY R. BURKE, MIDLEY, INC.<br>24  dba PURSEBLOG.COM, and DOES 1<br>    through 10, inclusive,<br>25<br>26           Defendants. | CASE NO. CV12 04095-GW FMOx<br>**NOTICE OF ERRATA RE: VLADIMIR DUSIL'S DECLARATION IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR LEAVE TO (1) FILE FIRST AMENDED COMPLAINT AND (2) CONDUCT DISCOVERY**<br>Date:         August 9, 2012<br>Time:         8:30 a.m.<br>Courtroom:   10 (Hon. George H. Wu)<br>Action Filed: May 10, 2012 |

27
28

NOTICE OF ERRATA RE:  DUSIL  DECLARATION IN OPPOSITION TO MOTIONS TO
AMEND AND FOR DISCOVERY

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS GIVEN THAT** on July 28, 2012 Defendant Midley, Inc., d/b/a Purseblog.com filed a Declaration of Vladimir Dusil In Opposition to Plaintiffs' Motions for Leave to (1) File First Amended Complaint and (2) Conduct Discovery without all of the referenced exhibits and with an incorrectly identified exhibit, as a result of technical difficulties.  Defendant regrets the errors and has attached hereto as Exhibit 1 the correct declaration with exhibits (but no substantive changes).

Dated:  July 30, 2012              CALIFORNIA ANTI-SLAPP PROJECT


                                   By: /s/ Mark Goldowitz_____
                                       MARK GOLDOWITZ
                                       Attorneys for defendant
                                       Midley, Inc., d/b/a Purseblog.com

---

1

NOTICE OF ERRATA RE:  DUSIL DECLARATION IN OPPOSITION TO MOTIONS TO AMEND AND FOR DISCOVERY