**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
Lori Chang (SBN 228142)
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:  ballon@gtlaw.com,
changl@gtlaw.com

Attorneys for defendant, Midley, Inc.
d/b/a Purseblog.com

**EDWARDS WILDMAN PALMER LLP**
Dominique R. Shelton (SBN 157710)
Erin L. Pfaff (SBN 259349)
9665 Wilshire Blvd., Suite 200
Beverly Hills, CA.  90212
Telephone:  (310) 860-8700
Facsimile:   (310) 860-3800
dshelton@edwardswildman.com
epfaff@edwardswildman.com

Attorneys for plaintiffs eDrop-Off
Chicago LLC and Corri McFadden

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDROP-OFF CHICAGO LLC and CORRI MCFADDEN<br><br>Plaintiffs,<br><br>vs.<br><br>NANCY R. BURKE, MIDLEY, INC. dba PURSEBLOG.COM, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV12 04095-GW FMOx<br><br>**JOINT STIPULATION RE: BRIEFING AND HEARING SCHEDULE PERTAINING TO DEFENDANT MIDLEY, INC.'S SPECIAL MOTION TO STRIKE [CAL. CIV. PROC. CODE § 425.16]** |

## JOINT STIPULATION BY THE PARTIES

WHEREAS, on July 9, 2012, defendant Midley, Inc. ("Purseblog") filed a special motion to strike plaintiffs' complaint pursuant to California Code of Civil Procedure § 425.16 (the "anti-SLAPP Motion");

WHEREAS, on July 16, 2012, the Electronic Frontier Foundation ("EFF") filed an application for leave to file an amicus curiae brief in support of the anti-SLAPP Motion ("EFF's motion");

WHEREAS, on July 23, 2012, plaintiffs filed a motion for leave to file a proposed First Amended Complaint ("FAC"), and a motion for leave to conduct discovery pursuant to Rule 56(d) of the Federal Rules of Civil Procedure and in connection with the anti-SLAPP Motion;

WHEREAS, on October 29, 2012, the Court granted plaintiffs' motion for leave to file their proposed FAC; stayed plaintiffs' motion for leave to conduct discovery and all other proceedings except for Purseblog's pending anti-SLAPP motion and EFF's pending application for leave to file an amicus curiae brief; and instructed the parties to confer and file a joint stipulation setting forth a further briefing schedule pertaining to Purseblog's renewed motion to strike as to the amended complaint;

WHEREAS, the parties met and conferred on a briefing and hearing schedule in connection with EFF's motion and, together with EFF, agreed as follows: plaintiffs will file their opposition to EFF's motion by November 8, 2012, EFF will file its reply brief by November 15, 2012, and a hearing on EFF's motion will be scheduled for December 3, 2012, at 8:30 a.m., subject to the Court's availability;

WHEREAS, the parties further agreed to a briefing and hearing schedule pertaining to Purseblog's renewed motion to strike, as follows: Purseblog will file its addendum to the anti-SLAPP motion by November 15, 2012, plaintiffs will file their opposition brief by December 4, 2012, Purseblog will file its reply brief by December 14, 2012, and a hearing on the motion will be scheduled for December 20, 2012, at 8:30 a.m., subject to the Court's availability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Purseblog and plaintiffs, through their counsel of record, as follows:

1. Plaintiffs' opposition to EFF's motion will be filed by no later than November 8, 2012.

2. EFF's reply in support of this motion will be filed by no later than November 15, 2012.

3. A hearing on EFF's motion will be scheduled for December 3, 2012, at 8:30 a.m., subject to the Court's availability and convenience.

4. Purseblog's addendum in support of its renewed motion to strike the First Amended Complaint will be filed by no later than November 15, 2012.

5. Plaintiffs' opposition to the renewed motion to strike will be filed by no later than December 4, 2012.

6. Purseblog's reply in support of its renewed motion to strike will be filed by no later than December 14, 2012.

7. A hearing on Purseblog's renewed motion to strike will be scheduled for December 20, 2012, at 8:30 a.m., subject to the Court's availability and convenience.

SO STIPULATED.

Dated: November 8, 2012                          GREENBERG TAURIG, LLP

                                                    By: /s/ Ian C. Ballon
                                                          IAN C. BALLON
                                                          Attorneys for defendant
                                                          Midley, Inc., d/b/a Purseblog.com

Dated: November 8, 2012                          EDWARDS WILDMAN PALMER LLP

                                                      By: /s/ Dominique R. Shelton
                                                          DOMINIQUE R. SHELTON
                                                         Attorneys for plaintiffs
                                                         eDrop-Off Chicago LLC and Corri McFadden