Name & Address:
DOMINIQUE R. SHELTON (SBN 157710)
dshelton@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
9665 Wilshire Boulevard, Suite 200
Beverly Hills, California 90212
Tel: 310.860.8700; Fax: 310.860.3800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| eDROP-OFF CHICAGO LLC and CORRI McFADDEN,<br><br>v.<br><br>NANCY R. BURKE, MIDLEY, INC., d/b/a PURSEBLOG.COM, et al., | PLAINTIFF(S)<br><br><br>DEFENDANT(S). | CASE NUMBER<br>2:12-CV-04095-GW (FMOx)<br><br>**NOTICE OF CHANGE OF<br>ATTORNEY INFORMATION** |

**The following information must be provided:**

I, DOMINIQUE R. SHELTON_____, 157710_____, dshelton@edwardswildman.com
           *Name*                         *CA Bar ID Number*                       *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Plaintiffs eDrop-Off Chicago LLC and Corri McFadden_____

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ TO UPDATE NAME OR FIRM INFORMATION:
    ☐    I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address 1901 Avenue of the Stars, Suite 1700, Los Angeles, CA 90067 (EFFECTIVE FEBRUARY 22, 2013)
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD:  CHECK ONE BOX
    ☐    I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐    This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____

Firm/Government Agency Name _____

Address: _____

Telephone Number _____ Facsimile Number _____

New E-mail address _____

☐ **TO BE REMOVED FROM THE CASE:  \*\***

    ☐    I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

    ☐    The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☐    There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐    I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\* This form _cannot_ be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, _Request for Substitution of Attorney_ and G-01 ORDER, _Order on Request for Substitution of Attorney_. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: February 11, 2013 _____

Dominique R. Shelton

_Signature of Attorney of Record / Attorney for the Firm_

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**