JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| eDROP-OFF CHICAGO LLC and CORRI McFADDEN,<br><br>Plaintiffs,<br><br>v.<br><br>NANCY R. BURKE; MIDLEY, INC. *dba* PURSEBLOG.COM; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 12-4095-GW(FMOx)<br>[Hon. George H. Wu, Courtroom 10]<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Action Filed: May 10, 2012] |

*eDrop-Off Chicago LLC v. Burke, et al.*
USDC, Case No. 2:12-cv-04095-GW (FMOx)

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

EDWARDS WILDMAN PALMER LLP
ATTORNEYS AT LAW
BOSTON

AM 26436289.1

Having considered the Joint Stipulation for Dismissal of Entire Action With Prejudice by and between the parties, the Court hereby orders this action to be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 20, 2013

\_\_\_ *[signature: George H. Wu]* \_\_\_
Hon. George H. Wu, Judge
United States District Court
Central District of California

Edwards Wildman Palmer LLP
Attorneys At Law
Boston

*eDrop-Off Chicago LLC v. Burke, et al.*
USDC, Case No. 2:12-cv-04095-GW (FMOx)
AM 26436289.1

- 1 -

**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**